IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DIXIE WILSON,[1] | § | |
| | § | |
| Respondent Below, | § | No. 146, 2025 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DAVID TRUITT, | § | File No. CS24-05554 |
| | § | Petition No. 24-07023 |
| Petitioner Below, | § | |
| Appellee. | § | |

## <u>ORDER</u>

This 24th day of November 2025, it appears to the Court that:

The opening brief in this appeal originally was due June 24, 2025. After the Court twice extended the deadline at the appellant's request, the opening brief was due October 7, 2025. The appellant did not file an opening brief. On October 8, 2025, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. The appellant did not respond to the letter and did not file an opening brief. On October 21, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed an opening brief and appendix. Postal records reflect that delivery was attempted and notice left, but no authorized recipient was available. On November 6, 2025, the Chief Deputy Clerk reissued the notice to show cause.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

On November 24, 2025, the postal service returned that notice as undeliverable. The appellant having failed to respond to the notice to show cause within the required ten-day period, to file the opening brief, or to report any change of address to the Court, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice